# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LESLIE C. BELLO

VERSUS

THE LOUISIANA DEPARTMENT OF
EDUCATION

NO.  2024 CW 1056

**MARCH 14, 2025**

---

In Re:   The Louisiana Department of Education, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 694094.

---

**BEFORE:   THERIOT, HESTER, AND EDWARDS, JJ.**

**WRIT DENIED.**   Once the district court granted plaintiff's motion for leave to amend, the amended and superseding petition omitted the retaliation claims and defendant's exception of res judicata was moot.

**MRT**
**CHH**
**BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT